**Leonard STELMASZEK**
**Plaintiff-Appellant**

v.

**OMAHA WORLD HERALD**
**CO. Defendant-Appellee**

**Federal Bureau of Investigation**
**Defendant**

**Rick Whiteley Defendant-Appellee**

**No. 16-3693**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 31, 2017

Filed: June 2, 2017

Leonard Stelmaszek, Pro Se

Christopher R. Hedican, Sara A. McCue, Baird & Holm, Omaha, NE, for Defendants-Appellees

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

PER CURIAM.

Leonard Stelmaszek appeals the district court's[1] adverse grant of summary judg-

1. The Honorable John M. Gerrard, United States District Judge for the District of Ne-

ment in his action claiming employment-related discrimination and retaliation. Having reviewed the record and the parties' arguments on appeal, we agree with the district court's reasoning and conclude that summary judgment was properly granted, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review); and that the district court did not abuse its discretion in denying the motion for a new trial, see United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.